# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

RECEIVED

2006 MAY 23  P 3: 32

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

|  |  |  |
|---|---|---|
| **MATTIE GRANT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | CASE NO.: 2:06CV464 - 胱 |
| | ) | |
| **ELI LILLY AND COMPANY et al.,** | ) | |
| | ) | **MOTION TO STAY** |
| **Defendants.** | ) | |
| | ) | |

## DEFENDANT ELI LILLY AND COMPANY'S MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

For the reasons set forth in Defendant Eli Lilly and Company's ("Lilly") Memorandum in Support of Its Motion to Stay, Lilly, by its counsel, respectfully moves this Court to enter an Order staying all pretrial activity in this case, including any motion to remand, the period for initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure, and all other discovery and pretrial deadlines, pending transfer of this case to the MDL proceeding that has been established in the Eastern District of New York.

Respectfully,

James C. Barton, Jr.
Bar Number:  ASB-0237-B51J
Email:  jbartonjr@jbpp.com

Alan D. Mathis
Bar Number:  ASB-8922-A59M
Email:  adm@jbpp.com

Attorneys for defendant
Eli Lilly and Company

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama  35203
Telephone:  (205) 458-9400
Facsimile:  (205) 458-9500

**OF COUNSEL**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by first class mail, postage prepaid, on this 23rd day of May 2006 upon the following:

> E. Frank Woodson, Esq.
> BEASLEY, ALLEN, CROW,
> METHVIN, PORTIS & MILES, P.C.
> P.O. Box 4160
> Montgomery, Alabama 36104

_____
                    Of Counsel

W0558301.DOC

-3-