# EXHIBIT B

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SANQUIRNETTA McCRAY-MARTIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELI LILLY AND COMPANY and )<br>YOLANDA BROWN, Sales )<br>Representative, )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>2:05cv1048-T |

ORDER

It is ORDERED that the motion to stay (Doc. No. 1) is granted and that this cause is stayed pending MDL transfer.

DONE, this the 22nd day of November, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE