# EXHIBIT D

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SANQUIRNETTA McCRAY-MARTIN, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>ELI LILLY AND COMPANY and )<br>YOLANDA BROWN, Sales )<br>Representative, )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:05cv1048-MHT |

### ORDER

It is ORDERED that the motion to reconsider (Doc. No. 14) is denied.

DONE, this the 24th day of March, 2006.

                                                 /s/ Myron H. Thompson
                                          UNITED STATES DISTRICT JUDGE