# EXHIBIT T

Case 2:06-cv-00464-MHT-VPM   Document 6-21   Filed 05/23/2006   Page 1 of 2

```
                                              FILED
                                         IN CLERK'S OFFICE
UNITED STATES DISTRICT COURT          U.S. DISTRICT COURT, E.D.N.Y.
EASTERN DISTRICT OF NEW YORK
-------------------------------------X     ★ JAN 1 1 2005 ★

                                           BROOKLYN OFFICE

IN RE- ZYPREXA LITIGATION                      ORDER
                                            04 MD 1596 (JBW)

-------------------------------------X
```

It is expected that all discovery to date will be shared by past and incoming parties without the need for duplication.

                                                                  s/Jack B. Weinstein
                                                                    JACK B. WEINSTEIN
                                                    SR. UNITED STATES DISTRICT JUDGE

DATED: 1/5/05