**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                          TELEPHONE (334) 954-3600

May 30, 2006

## NOTICE OF REASSIGNMENT

RE:   Mattie Grant v. Eli Lilly & Co. Et al
      Civil Action No. 2:06cv00464-VPM

The above-styled case has been reassigned to District Judge Myron H. Thompson.

Please note that the case number is now 2:06cv00464-MHT. This new case number should be used on all future correspondence and pleadings in this action.

Sincerely,

Sheryl K. Lent
Deputy Clerk