IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


MATTIE GRANT,                        )
                                     )
        Plaintiff,                   )
                                     )        CIVIL ACTION NO.
        v.                           )        2:06cv464-MHT
                                     )
ELI LILLY AND COMPANY, and )
YOLANDA McCAIN,                      )
                                     )
        Defendants.                  )

ORDER

It is ORDERED that the motion to stay (doc. no. 5) is

set for submission, without oral argument, on June 23,

2006, with all briefs due by said date.

DONE, this the 1st day of June, 2006.


            /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE