IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MATTIE GRANT,                  )
                               )
    Plaintiff,                 )
                               )
                               )    CIVIL ACTION NO.
    v.                         )    2:06cv464-MHT
                               )
ELI LILLY AND COMPANY, and     )
YOLANDA McCAIN,                )
                               )
    Defendants.                )
```

ORDER

It is ORDERED that the motion to remand (doc. no. 11) is set for submission, without oral argument, on June 23, 2006, with all briefs due by said date.

DONE, this the 13th day of June, 2006.

                                              /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE